**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KOKOPELLI EYE CARE, PC | ) | NO. CV 14-02995-RGK (ASx) |
| Plaintiff(s), | ) | |
| vs. | ) | **ORDER** |
| MEDINFORMATIX, INC., et al. | ) | |
| Defendant(s). | ) | |

On December 3, 2014, the granted defendant's motion to compel arbitration. IT IS HEREBY ORDERED that this action is removed from the active caseload without prejudice to reopen the matter to enforce the arbitration.

DATED: April 30, 2015

_____
R. GARY KLAUSNER
**UNITED STATES DISTRICT JUDGE**